United States District Court
Southern District of Texas
**ENTERED**
November 14, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAMBRIA COUNTY EMPLOYEES RETIREMENT SYSTEM, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-19-3464 |
| VENATOR MATERIALS PLC, *et al.*, | § § § | |
| Defendants. | § | |
| | | |
| CITY OF MIAMI GENERAL EMPLOYEES' & SANITATION EMPLOYEES' RETIREMENT TRUST, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-19-4266 |
| VENATOR MATERIALS PLC, *et al.*, | § § § | |
| Defendants. | § | |

**ORDER GRANTING AGREED MOTION TO CONSOLIDATE**

The parties' Agreed Motion to Consolidate, (*Cambria County* Docket Entry No. 9; *City of Miami* Docket Entry No. 48), is granted. Under the parties' stipulation and Rule 42(a) of the Federal Rules of Civil Procedure, *Cambria County Employees Retirement System, et al. v. Venator Materials PLC, et al.*, Civil Action No. 4:19-cv-03464, and *City of Miami General Employees' & Sanitation Employees' Retirement Trust v. Venator Materials PLC*, Civil Action No. 4:19-cv-04266, with pending, subsequently filed, removed, or transferred actions that are related to the claims asserted in these civil actions, are consolidated under the leadership of court-appointed lead plaintiff the City of Miami General Employees' & Sanitation Employees' Retirement Trust, the

Fresno County Employees' Retirement Association, and the City of Pontiac General Employees' Retirement System. The consolidated action will be styled "*In re Venator Materials PLC Securities Litigation*" and will be maintained under master file number No. 4:19-cv-03464.

SIGNED on November 11, 2019, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge